THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CIRO SAMA

-v-

United States of America

Case No: (1;18-cr-00769)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/25/20

**MEMO ENDORSED**

DEFENDANT'S PRO SE MOTION FOR SENTENCING TRANSCRIPT
PURSUANT TO 18 USC 3006A

Now comes the undersigned pro se defendant Ciro Sama and hereby respectfully moves this Honorable Court for an order directing that the defendant be provided with a copy of the sentencing Transcript in this case without pre-payment of the cost therefore, pursuant to the Criminal Justice Act (CJA), 18 USC 3006A. In support of the foregoing motion the defendant states as follows:

*Granted. KMW*

1. The defendant was sentenced by this Court to serve a term reflected in the docket sheet.

2. The defendant is currently in custody on the undischarged term is reflected in exhibit A.

3. The defendant desires to file a post-conviction pleading with this Court and he needs the Sentencing Transcript in order to perfect such pleading.

4. The defendant proceeded in this case under the Criminal Justice Act and was represented by appointed counsel.

5. Additionally, the defendant submits that he may as well be eligible for a copy of the transcript without cost pursuant to 28 USC 753(F). The section reads in pertinent in part:

    [F]ees for transcripts furnished in other proceedings to persons permitted to [proceed] in forma pauperis shall also be paid by the United States.

*The Clerk's Office is directed to send the defendant a copy of his Sentencing transcript.*

Respectfully submitted

CIRO SAMA

CIRO SAMA #20413-053
US Penitentiary Canaan
PO Box 300
Waymart, PA 18472

2-25-20

SO ORDERED, N.Y., N.Y.

KIMBA M. WOOD
U.S.D.J.

U.S. DISTRICT COURT FILED FEB -6 2020 S.D. OF N.Y.

RECEIVED FEB 10 2020 CHAMBERS OF KIMBA M. WOOD U.S.D.J.-S.D.N.Y.

CIRO SAMA #20413-053  
United States P.O. Box 300  
Penitentiary Canaan  
Waymart PA 18472

THIS CORRESPONDENCE IS FROM AN INMATE CURRENTLY IN THE CUSTODY OF THE FEDERAL BUREAU OF PRISONS

TO: The Clerk Of the Court  
Southern District of New York  
U.S. Courthouse-500 PEARL STREET  
New york, NY 10007

LEGAL MAIL

USM P3 SDNY

10007-133099

RECEIVED FEB 5 2020 PRO SE OFFICE

---

Date: 1-31-20

The enclosed letter was processed through special mailing procedures for fowarding to you. The letter has been neither opened nor inspected. If the reader raises a question problem over which this facility has jurisdiction, you may wish to return the material for futher information or clarification

UPS Canaan  
P.O. Box 400  
Waymart, PA 18472