| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------X<br><br>UNITED STATES OF AMERICA<br><br>v.<br><br><br>CIRO SAMA,<br><br>        Defendant.<br>-------------------------------------------------------------X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: November 6, 2020<br><br>18-CR-00769 (KMW)<br>**ORDER** |

KIMBA M. WOOD, District Judge:

On November 3, 2020, the Government responded to Defendant Ciro Sama's motion to reduce his sentence under the federal compassionate release statute, 18 U.S.C. § 3582(c)(1)(A). (ECF No. 59.)

The Court granted Defendant's request for the Court to appoint counsel for him and appointed Mark Gombiner, Defendant's prior counsel, to assist Defendant with his motion for compassionate release. (ECF No. 58.) No later than November 25, 2020, Defendant shall respond to Government's opposition.

SO ORDERED.

Dated: New York, New York
      November 6, 2020                                         /s/ Kimba M. Wood
                                                                           KIMBA M. WOOD
                                                              United States District Judge